Bob LONERGAN, Appellant,

v.

Claire COLLINGWOOD, Respondent.

No. WD 73905.

Missouri Court of Appeals,
Western District.

April 10, 2012.

William Cownie, Lee's Summit, MO, for Appellant.

Robert Schnieders, Oak Grove, MO, for Respondent.

Before CYNTHIA L. MARTIN, P.J., THOMAS H. NEWTON, and KAREN KING MITCHELL, JJ.

## ORDER

PER CURIAM:

Mr. Bob Lonergan appeals the trial court's judgment granting partial summary judgment on four counts of the five-count petition and finding in favor of Ms. Claire Collingwood on the remaining count after a bench trial.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

Dominique TUSA, Appellant

v.

STATE of Missouri, Respondent.

No. WD 73455.

Missouri Court of Appeals,
Western District.

April 10, 2012.

Ruth Sanders, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before JAMES M. SMART, JR., P.J., VICTOR C. HOWARD, and JAMES EDWARD WELSH, JJ.

## ORDER

PER CURIAM:

Dominique Tusa appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).